**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>***Plaintiff/Petitioner,***<br><br>**v.**<br><br>**DANIEL J. MACKLE, SR. and SILVER EDGE FINANCIAL, LLC,**<br><br>***Defendants/Respondents.*** | Docket No.: 7:24-mc-489 |

**[PROPOSED] ORDER TO SHOW CAUSE**

This Cause comes before the Court upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act") and Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), enforcing compliance by Defendants/Respondents Daniel J. Mackle, Sr. ("Mackle") and Silver Edge Financial, LLC ("Silver Edge") (collectively referred to as "Respondents") with a final Commission Order entered against them on March 3, 2023. This Order required Respondents to pay disgorgement of $2,251,139.92, prejudgment interest of $268,928.33 and civil penalties of $975,000, jointly and severally, to the Commission for transfer to the general fund of the United States Treasury, subject to Exchange Act Section 21F(g)(3), and interest on delinquent amounts pursuant to 31 U.S.C. § 3717 and Commission Rule of Practice 600, and injunctive relief. Based upon the Court's review of the Application and the Declaration of Michael J. Roessner, it appears that an Order to Show Cause should issue. Accordingly, it is hereby:

ORDERED, that the above-captioned Respondents shall appear before this Court in

Courtroom __________ of the Courthouse located at ___________, _________, New York on ______________, 2024 at _______ a.m./p.m. and show cause why the final Commission order requiring Respondents to pay disgorgement of $2,251,139.92, prejudgment interest of $268,928.33 and civil penalties of $975,000, jointly and severally, plus post-order interest, and injunctive relief should not be granted.

ORDERED that Respondents shall be served pursuant to Rule 4 of the Federal Rules of Civil Procedure.

FURTHER ORDERED, that Respondents shall serve and file any opposing papers by 5:00 p.m. on _________________, 2024. Service shall be made by delivering the papers by that date to Michael Roessner, at 100 F Street, Mail Stop 5631, Washington, DC 20549-0022 or via e-mail at roessnerm@sec.gov.

FURTHER ORDERED, that if Respondents fail to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondents in default and enter an appropriate order against such parties at such time without further notice being given

FURTHER ORDERED, that if Respondents serve and file any opposing papers, the Commission may serve and file reply papers by 5:00 p.m. on ____________, 2024. Service shall be made by delivering the papers by that date to Respondents at the address they designate in his opposition papers or, if they designate an e-mail address, via e-mail to that address.

**SO ORDERED.**

Dated:

____________________________________
UNITED STATES DISTRICT JUDGE