UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**SECURITIES AND EXCHANGE COMMISSION,**

***Plaintiff/Petitioner,***

**v.**

**DANIEL J. MACKLE, SR. and SILVER EDGE FINANCIAL, LLC,**

***Defendants/Respondents.***

Docket No.: 7:24-mc-489

**~~[Proposed]~~ Order for Admission Pro Hac Vice**

The Motion of Michael J. Roessner for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Washington, D.C.; and that his contact information is as follows:

Michael J. Roessner
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5631
Washington, D.C. 20549
Tel: (202) 551-4347
Fax: (703) 813-9366
Email: RoessnerM@SEC.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above entitled case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: November 1, 2024
White Plains, New York

UNITED STATES DISTRICT JUDGE
Hon. Philip M. Halpern