**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

***Plaintiff/Petitioner,***

**v.**

**DANIEL J. MACKLE, SR. and SILVER EDGE FINANCIAL, LLC,**

***Defendanst/Respondents.***

Docket No.: 7:24-mc-489-PMH

**NOTICE OF SERVICE**

The United States Securities and Exchange Commission ("SEC") provides the following Notice of Service in accordance with the Court's November 1, 2024 Order to Show Cause. (Dkt. No. 11).

On November 5, 2024, the SEC served a copy of the Court's Order to Show Cause by overnight mail to Daniel J. Mackle, Sr. ("Mackle") at 23 Carteret Drive, Pomona, New York 10970; and Silver Edge Financial, LLC, ("Silver Edge") c/o Daniel J. Mackle, Sr., 401 Hackensack Avenue, Hackensack, New Jersey 07601.

The Commission also personally served Mackle on November 4, 2024, and personally served Silver Edge on November 4, 2024 (a copy of the Returns of Service are attached as Exhibits 1 and 2).

Dated: November 13, 2024

Respectfully submitted,

s/MICHAEL J. ROESSNER
MICHAEL J. ROESSNER
Assistant Chief Litigation Counsel
Division of Enforcement

United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5631
Washington, DC 20549-0022
RoessnerM@SEC.gov
Telephone: 202.551.4347
Facsimile: 703.813.9366
Attorney for Plaintiff/Judgment Creditor
United States Securities and Exchange Commission