UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff/Petitioner,*<br><br>v.<br><br>DANIEL J. MACKLE, SR. and SILVER EDGE FINANCIAL, LLC,<br><br>*Defendants/Respondents* | Docket No.: 7:24-mc-489 (PMH)<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff/Petitioner Securities and Exchange Commission ("Commission") and Defendants/Respondents Daniel J. Mackle, Sr. and Silver Edge Financial, LLC (collectively, "Respondents") that the time for Respondents to appear before the Court in response to the Order to Show Cause, dated November 1, 2024, on submission only, no appearances, and show cause why the final Commission order requiring Respondents to pay disgorgement of $2,251,139.92, prejudgment interest of $268,928.33 and civil penalties of $975,000, jointly and severally, plus post order interest, and injunctive relief should not be granted, shall be further extended from December 20, 2024 at 5:00 p.m. to January 14, 2025 at 5:00 p.m.

IT IS FURTHER STIPULATED and agreed that Respondents shall serve and file any opposing papers by 5:00 p.m. on January 14, 2025. Service shall be made by delivering the papers by that date to Michael Roessner, at 100 F Street, Mail Stop 5631, Washington, DC 20549-0022 or via e-mail at roessnerm@sec.gov.

IT IS FURTHER STIPULATED and agreed that if Respondents fail to file opposing papers, the Court may find Respondents in default and enter an appropriate order against such parties at such time without further notice being given.

IT IS FURTHER STIPULATED and agreed that if Respondents file any opposing papers, then the Commission may file Reply papers by 5:00 p.m. on February 4, 2025. Service shall be made by delivering the papers by that date to Martin Siegel, Esq., Warshaw Burstein, LLP, 575 Lexington Avenue, New York, New York 10022 or via e-mail at msiegel@wbny.com.

Dated: December 17, 2024
New York, New York

s/Martin S. Siegel
MARTIN S. SIEGEL, ESQ.
Warshaw Burstein, LLP
575 Lexington Avenue
New York, New York 10022
(212) 984-7741
msiegel@wbny.com
Attorney for Defendants/Respondents

s/Michael J. Roessner
MICHAEL J. ROESSNER
Assistant Chief Litigation Counsel
Division of Enforcement
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5631
Washington, DC 20549-0022
(202) 551-4347
RoessnerM@SEC.gov
Attorney for Plaintiff/Petitioner

So Ordered:

December , 2024
White Plains, New York

_____________________________
U.S.D.J.
Hon. Philip M. Halpern